# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| FARMERS STATE BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-4261-CV-C-WAK |
| ) | |
| THE KANSAS BANKERS SURETY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a), it is

ORDERED that this case is dismissed, with prejudice, with the parties to bear their own respective attorney fees and costs.

Dated this **8TH** day of June, 2006, at Jefferson City, Missouri.

/s/ William A. Knox

WILLIAM A. KNOX
United States Magistrate Judge